UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB BERNARDS,

                              Plaintiff,

        v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS,

                              Defendants.

No. 3:18-CV-06023-RBL-DWC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

THIS MATTER is before the Court on the Report and Recommendation of Magistrate

Judge David W. Christel [Dkt. #18], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Defendants' Motion to Dismiss [Dkt. # 15] is granted and this case is closed.

(3)     If Bernards' appeals this action, *in forma pauperis* status may continue on appeal.
        *See* Rule of Appellate Procedure 24(a)(3).

The Clerk shall send copies of this Order to Bernards' last known address and to

Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 1st day of August, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1